An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

HERBERT SCOTT ROGERS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62992

FILED

MAY 09 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a motion to set aside an order granting the State's motion to reconsider the imposition of a special sentence of lifetime supervision. Eighth Judicial District Court, Clark County; Jerome T. Tao, Judge. We lack jurisdiction to consider this appeal because no statute or court rule provides for an appeal from such an order, *see Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990), therefore we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:  Hon. Jerome T. Tao, District Judge
     Clark County Public Defender
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk
     Herbert Scott Rogers

SUPREME COURT
OF
NEVADA

(O) 1947A

13-13726